# EXHIBIT "B"

# OREGON UNIFORM CITATION AND COMPLAINT

Use for All Violations or Crimes Where Separate Complaint Will Not be Filed/ORS 153.045 or 133.069

☐ CRIME(S) (see A below) OR (Not Both) ☒ VIOLATION(S) (see B below) Type: OTHER

COMPLAINT/SUMMONS MD04245

STATE OF OREGON
CITY/OTHER PUBLIC BODY: **GRANTS PASS**
COUNTY OF: **JOSEPHINE**
Case No.: **19-28818**
Court: **JOSEPHINE CO CIRCUIT COURT**

Reserved for D.A. Use

## DEFENDANT
The undersigned certifies and says that the following person:
ID Type: **NO ID PRES**  ID No:    State:    Ph.:
Name: Last: **MAYBERRY**
First: **RICKY**    MI: **LEE**
Address: **220 FAVER LANE**
City: **RIDDLE**    State: **OR**    Zip: **97469**    Passenger: ☐
Sex: **M**  Race: **WHT**  DOB: **12/30/2004**  Hgt.: **6'0"**  Wgt.: **130**  Hair: **BRO**
Eyes: **BLU**  Lic. Exp.:    Juv.: ☒  Lic.Class:    Emp.to Drive: ☐

## TIME/PLACE
At the following time and place in the above-mentioned state and county:
On or About Date/Time: **06/17/2019**    **11:27 AM**
At or Near    City
**1585 NW WASHINGTON BLVD**    **GRANTS PASS**

NB: ☐  SB: ☐  EB: ☐  WB: ☐
Highway: ☐  Premise Open to Public: ☒  Other: ☐

## VEHICLE Involving the following:
Year:    Make:    Model:
Color:    Type:
Regis/Vin/ID#:    State:
Accident: ☐  Prop. Damage: ☐  Injury: ☐  Endanger Other: ☐
Com'l Veh: ☐  Haz Mat: ☐  Driver Not Reg. Owner: ☐
Other:    Com'l Pass: ☐

Reserved for Court Use

## OFFENSE(S) Did then and there commit the following offense(s):
HWY Work Zone: ☐  School Zone: ☐  VBR: ☐  Safety Corridor: ☐
Radar: ☐  Pace: ☐  Laser: ☐  Other: ☐
Alleged Speed:    Designated Speed:    Posted Limit: ☐

Offense #: **5.36.010**
**OBSTRUCTING TRAFFIC**
Warning: ☐

Presumptive Fine1: **$295.00**
Intentional: ☐  Knowing: ☐  Reckless: ☐
Criminal Negligence: ☐  No Culpable Mental State: ☒

Offense #:
Warning: ☐

Presumptive Fine2:
Intentional: ☐  Knowing: ☐  Reckless: ☐
Criminal Negligence: ☐  No Culpable Mental State: ☐

Offense #:
Warning: ☐

Presumptive Fine3:
Intentional: ☐  Knowing: ☐  Reckless: ☐
Criminal Negligence: ☐  No Culpable Mental State: ☐

## OTHER

Expl.:

## SIGNATURE
I certify under ORS 153.045 and 153.990 and under other applicable law and under penalties for false swearing, do swear/affirm that I have sufficient grounds to and do believe that the above-mentioned defendant/person committed the above offense(s) and I have served the defendant/person with this complaint.

Signature of Officer: _[signature]_
Officer name1: **ARTOFF, TIM.**    Officer ID: **54323**
Officer name2:    Officer ID:
Agency Name: **GRANTS PASS DPS**
Issue Date: **06/17/2019**

## YOUR COURT APPEARANCE DATE, TIME AND LOCATION ARE
**07/09/2019    09:00 AM**
Location: **JOSEPHINE CO CIRCUIT COURT**
**500 NW 6TH STREET**
**GRANTS PASS    OR    97526**
**541-476-2309**