# EXHIBIT "C"

Scanned by CamScanner

# OREGON UNIFORM CITATION AND COMPLAINT

Use for All Violations or Crimes Where Separate Complaint Will Not be
Filed/ORS 153.045 or 133.069

MD04274

COMPLAINT/SUMMONS

☒ CRIMINAL
(see A below)    OR    ☐ VIOLATION(S)
(see B below)    Type: OTHER

STATE OF OREGON
CITY/OTHER PUBLIC BODY: **GRANTS PASS**
COUNTY OF: **JOSEPHINE**
Case No.: **19-39544**
Court: **JOSEPHINE CO CIRCUIT COURT**

Reserved for D.A. Use

## DEFENDANT The undersigned certifies and says that the following person:

| | | |
|---|---|---|
| ID Type: **DL** | ID No: **8795489** | State: **OR** Ph.: |

Name: Last **KELLIM SR**
First **SHAWN**    MI: **JAY**
Address: **10797 BUCKHORN RD**
City: **GLIDE**    State **OR**   Zip: **97443**   Passenger: ☐
Sex: **M**  Race: **WHT**  DOB: **07/20/1969**  Hgt: **5'08"** Wgt: **175**  Hair: **BLD**
Eyes:    Lic. Exp: **2027**   Juv: ☐  Lic.Class:**C**   Emp.to Drive: ☐

## TIME/PLACE

At the following time and place in the above-mentioned state and county:
On or About Date/Time: **08/15/2019**    **04:20 PM**
At or Near    City
**1587 NW WASHINGTON BLVD**

**GRANTS PASS**

NB: ☐   SB: ☐   EB: ☐   WB: ☐
Highway: ☐  Premise Open to Public: ☒  Other: ☐

## VEHICLE Involving the following:

Year:    Make:    Model:
Color:    Type:
Regis/VinID#:    State:
Accident: ☐  Prop. Damage: ☐  Injury: ☐  Endanger Other: ☐
Com'l Veh: ☐   Haz Mat: ☐   Driver Not Reg. Owner: ☐
Other:    Com'l Pass: ☐

Reserved for Court Use

## OFFENSE(S) Did then and there commit the following offense(s):

HWY Work Zone: ☐    School Zone: ☐   VBR: ☐  Safety Corridor: ☐
Radar: ☐  Pace: ☐  Laser: ☐  Other: ☐
Alleged Speed:    Designated Speed:    Posted Limit: ☐
Offense # **166.023 (2.A)**
**DISORDERLY CONDUCT I - MISDEMEANOR DOC**
Warning: ☐

Presumptive Fine1: **MUST APPEAR**
Intentional: ☒    Knowing: ☐    Reckless: ☐
Criminal Negligence: ☐   No Culpable Mental State: ☐
Offense #:

Warning: ☐

Presumptive Fine2:
Intentional: ☐    Knowing: ☐    Reckless: ☐
Criminal Negligence: ☐   No Culpable Mental State: ☐
Offense #:

Warning: ☐

Presumptive Fine3:
Intentional: ☐    Knowing: ☐    Reckless: ☐
Criminal Negligence: ☐   No Culpable Mental State: ☐

## OTHER

Expl.

## SIGNATURE

I certify under ORS 153.045 and 153.990 and under other applicable law and under
penalties for false swearing, do swear/affirm that I have sufficient grounds to and do
believe that the above-mentioned defendant/person committed the above offense(s)
and I have served the defendant/person with this complaint.

Signature of Officer:
Officer name1 **ARTOFF, TIM.**    Officer ID: **54323**
Officer name2    Officer ID:
Agency Name **GRANTS PASS DPS**
Issue Date **08/15/2019**

## YOUR COURT APPEARANCE DATE, TIME AND LOCATION ARE

**08/10/2019**    **09:00 AM**
Location: **JOSEPHINE CO CIRCUIT COURT**
**500 NW 6TH STREET**
**GRANTS PASS**    OR  **97526**
**541-476-2309**