# EXHIBIT "D"

# A Video Timeline of Interactions With GPPD Harassing Us Unconstitutionally

Saturday October 20th 2018, GP Growers Market - Start video at 29 minutes in for Police Interaction. Sadly the video died before the meeting was finished:
https://www.facebook.com/mason.goodknight/videos/10205021794902658/

Friday May 3rd 2019, First Friday GP at SOEC 2019 - Start video 5 minutes and 30 seconds from the end. This is the first time we are told that we cannot use amplification on First Friday. He states it is due to complaints. Complaints don't equal illegal. You hear the officer admit to approving the use of a cone at Planned Parenthood and here. Also of note is that 6 minutes in he is there with no complaint.
https://www.facebook.com/mason.goodknight/videos/vb.1775963228/10205674000367387/?type=3

Saturday May 4th 2019, Growers Market at SOEC 2019 - Start Video at 12 minutes from the end. Lying complaints from Growers Market folks bring the Police. We are again hindered from doing our ministry by their baseless harassment.
https://www.facebook.com/mason.goodknight/videos/vb.1775963228/10205676585672018/?type=3

Saturday May 25th 2019, Boatnik 2019 - Start video 49 minutes and 30 seconds in. For the first time in the almost decade since we have been at Boatnik, the Police decided to shut down our amplification. Obviously they are choosing to target us. I have lots of commentary on this video. Also Mark and Shawn are threatened as well and they chose to preach on anyway. Mark comes in about 1 hour and 47 minutes in. Start video at 2 hours and 18 minutes in for the police to threaten Mark. Start video at 1 hour from the end for Shawn. Shawn goes quite deep into the vendors and the police never return despite their threats. Total harassment.
https://www.facebook.com/mason.goodknight/videos/vb.1775963228/10205750317435266/?type=3

Saturday May 25th 2019, Boatnik 2019 - Start video at 6 minutes and 40 seconds to the end. Shawn testifies about his interaction with police earlier in the day. Listen to the incredible boat noise in this and the other video! You need an amp to be heard! Tyranny.
https://www.facebook.com/mason.goodknight/videos/vb.1775963228/10205751991157108/?type=3

Friday February 28th 2020, Planned Parenthood GP - Start video about 22 minutes and 30 seconds in. The officer starts by lying and telling me they have a city ordinance prohibiting the use of an amplifier. It goes downhill from there. Note this as well. I began preaching at about 5 minutes left of business time of the Dr.'s office who complained. At 32 minutes in I point out a clear noise ordinance violation by cars and no action by police there. A far easier violation to prove. The officer comes up very shortly after that and lies again about the ordinance and eventually lies and says I'm causing public alarm and threatens now to arrest me for disorderly conduct if I continue. Madness and harassment!
https://www.facebook.com/mason.goodknight/videos/vb.1775963228/10206846747245326/?type=3

Friday February 28th 2020, Planned Parenthood GP - Ryan Clark's partner video. Better visual perspective I believe.
https://www.facebook.com/AHASouthernOregon/videos/572284990039806/

Thursday, March 12, 2020, Planned Parenthood GP
https://youtu.be/sbNOtQkfkB8