**Robert E. Franz, Jr.    OSB #730915**
E-Mail:  rfranz@franzlaw.comcastbiz.net
LAW OFFICE OF ROBERT E. FRANZ, JR.
P.O. Box 62
Springfield, OR  97477
Telephone:  (541) 741-8220
  Attorneys for Defendants City of Grants Pass,
  James Hamilton, Timothy Artoff,
  and Jason McGinnis

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **Abolish Abortion Oregon,** an Unincorporated Association; **Mason Goodknight**, an Individual; **Shawn Kellim**, an Individual; **Ryan Clark**, an Individual; **Mark Mayberry**, an Individual; **Lori Mayberry**, an Individual; **Robby Mayberry**, an Individual; and **Ricky Mayberry**, an Individual,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>**City of Grants Pass**, a Municipality; **James Hamilton**, an Individual; **Timothy Artoff**, an Individual; **Jason McGinnis**, an Individual; and Does I through 50, Inclusive.<br><br>　　　　Defendants. | Case No. 1:20-cv-00484-AA<br><br>**Exhibit 101**<br>Response to Plaintiffs' Motion for Preliminary Injunction by Defendants City of Grants Pass, James Hamilton, Timothy Artoff, and Jason McGinnis<br>**(Submitted on Thumb Drive)** |